**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ULIAN OHYE-MICHIKO,<br>  aka "Jose Perez,"<br>  aka "Jose Abraham Suchites-Perez,"<br>  aka "Jose Cebrajas,"<br>  aka "Alejandro Barajas,"<br>  aka "William Ohye-Michicko,"<br><br>         Defendant. | Case No. 2:26-mj-000064-BNW<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 26th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE